and others, as executors, etc. G. B. Hayes, of New York City, for appellant. H. Taylor, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HAZELWOOD. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) In the matter of Edgar H. Hazelwood, an attorney.

PER CURIAM. The acceptance of a retainer against the interests of the estate for which respondent was acting as attorney was a grave breach of his professional obligations. Had not the executrix been restored to her original position by the repayment of all the estate funds, respondent would be subject to the penalty of suspension. However, in view of his deposit to the credit of the executrix of $1,207.60, the full subject-matter distributed by respondent in the alleged settlement, a payment made with large loss to himself showing respondent's efforts in good faith to make full amends, and having regard, also, to the public criticism which he has received, and the warning for the future which this indiscretion will furnish, no further penalty or discipline will be imposed.

BURR, J., took no part.

HEARST v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by William R. Hearst against the New York Central & Hudson River Railroad Company. No opinion. Motion granted, with leave to plaintiff to move to vacate stay, unless the case is argued during the June term. Settle order on notice.

HEBARD v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by George W. Hebard, as executor, etc., against the City of New York and others. J. A. Garver, of New York City, for appellants. C. J. Nehrbas, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 137 App. Div. 752, 122 N. Y. Supp. 628.

HECHT, Respondent, v. WAHL, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Jonas Hecht against Ignatz Wahl. J. M. Herzberg, of New York City, for appellant. A. J. Herrick, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 146 N. Y. Supp. 1093.

HEDDEN CONST. CO., Appellant, v. AUTOMOBILE CLUB OF AMERICA, Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by the Hedden Construction Company against the Automobile Club of America. G. E. Hargrave, of New York City, for appellant. E. L. Baylies, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend complaint on payment of costs. Order filed.

HESKELL, Respondent, v. AUBURN TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Emma J. Heskell, as administratrix, etc., against the Auburn Telephone Company. No opinion. Judgment and order affirmed, with costs.

H. G. VOGEL CO., Respondent, v. WOLFF, Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by the H. G. Vogel Company against Morris Wolff. L. R. Brilles, of New York City, for appellant. D. Bernstein, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied with $10 costs. Order filed.

HICKEY, Appellant, v. FISKE, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Maurice G. Hickey against Edwin W. Fiske, as Mayor, and others. No opinion. Order affirmed, with $10 costs and disbursements.

HIGGINS v. ALWOLD REALTY CO. et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Eugene Higgins against the Alwold Realty Company and others. No opinion. Motion to dismiss granted, with $10 costs, unless defendants comply with terms stated in order. Order filed.

HOCH, Respondent, v. CHESTER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by Abraham Hoch against Samuel Chester.

PER CURIAM. Order modified, by inserting therein a recital that the grounds of the injunction are that it appears by affidavits that defendant during the pendency of the action is doing, or procuring or suffering to be done, or threatens or is about to do, or procure or suffer to be done, an act in violation of plaintiff's rights respecting the subject of the action, and tending to render the judgment ineffectual, and, as so modified, the said order is affirmed, without costs.

HOFFMAN, Appellant, v. RAPP, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Harry Hoffman against Fred H. Rapp. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HOGAN v. RED HOOK LIGHT & POWER CO. et al. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Anna Hogan, as administratrix, etc., against the Red Hook Light & Power Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re HOLLANDER et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) In the matter of Barnett L. Hollander and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed.